UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JUDE BOUDREAUX, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-60 |
| § | |
| SBM OFFSHORE USA, INC., *et al*, § | |
| § | |
| Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties (Dkt. 110). Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **September 26, 2019,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 27th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge